IBM00012699



IBM Global Services

# WellPoint – Red Team Review
## ASD Executive Review

*Robert Gonzales*

*Lynn Small*

© IBM Corporation 2005

June 21, 2006

IBM Confidential  Red Team Review

PLAINTIFF'S
EXHIBIT 17

3:09-CV-1145 (TPS)

CONFIDENTIAL

IBM

IBM Global Services

- Agenda

- WellPoint Account Overview
- Red Team Findings/Observations
- Top Issues Driving Cost

Red Team Review IBM Confidential    Red Team Review

June 21, 2005    IBM Corporation 2005

CONFIDENTIAL

IBM00012701

IBM Global Technology Services

# Client Background: WellPoint Health Networks

- **WellPoint is the nation's leading health benefits company serving the needs of approximately 34 million medical members, nationwide.**

  – WellPoint is a Blue Cross or Blue Cross Blue Shield licensee in 14 states: California, Colorado, Connecticut, Georgia, Indiana, Kentucky, Maine, Missouri, Nevada, New Hampshire, New York, Ohio, Virginia, excluding the immediate suburbs of Washington, D.C., and Wisconsin.

  – Offers a broad range of medical and specialty products.

  – 42,000 employees and $51.4B in assets.

- **WellPoint Health Networks, Inc. became a part of Anthem, Inc. on November 30, 2004. Anthem, Inc. changed its name to WellPoint, Inc. with Headquarters in Indianapolis, IN**

IBM Confidential Red Team Review    June 21 2006    ©2006 IBM Corporation

3

CONFIDENTIAL

IBM Global Technology Services

# WellPoint Contract Scope

| | |
|---|---|
| **Term:** | 7 years, 3 one year options |
| **Effective Date:** | July 1, 2005 to June 30, 2012 |
| **Original Contract Value:** | $720 million |
| **Employees to IBM:** | ~380 |
| **Planned Primary Consolidated Location:** | Richmond, VA (Customer facility – Original plan was for Southbury and Lexington) |
| **Scale:** | 8,600 MIPS, 3 MF Data Centers (CA, MO, GA) 3,000 MR server nodes, 80+ locations 900 TBs (DASD) |
| **Service Towers:** | Mainframe and Midrange |

IBM Confidential    Red Team Review    June 21 2006

© 2006 IBM Corporation

CONFIDENTIAL

IBM00012702

IBM Global Technology Services

# Principles of the Original Agreement

**Key selling Points**

- Infrastructure stability and process management

- Material cost savings in immediate years and in the out years

- Immediate move out of the California (CA) data center

- Immediate access to IBM people, processes and expertise

- Software and platform standardization

- Capability to expand to accommodate future organic or acquisition growth

IBM Confidential  Red Team Review

June 21, 2006

© 2006 IBM Corporation

5

IBM00012703

CONFIDENTIAL



IBM Global Technology Services

# State of WellPoint IT at Signing

- **Customer Environment**
  - WellPoint had been created by numerous mergers and acquisitions over decades.
    - The RFP was released in the middle of the acquisition of WellPoint by Anthem
  - WellPoint had over 80 locations with major centers in CA, MO, GA, CT, VA, WI.
  - The IT systems were old, little investment had been made in hardware, tools, people, or process.
  - The multiple mergers caused a tremendous level of infighting and distrust with few attempts to really bring the IT organization together.

- **Key Value proposition/customer priorities in the original deal**
  - Extreme concern about their California Datacenter (Location, space, security, reliability etc. Needed to move out immediately – **Original driver for SO bidding process in the first place**)
  - Extreme problems with availability and reliability of infrastructure overall
  - Focused very heavily on short term cost take out to meet merger synergies promised to Wall street as a result of the merger
  - Very confidential bidding process with no access to people or data throughout the engagement
    - Virtually all staff was off limits during the solutioning process
  - Re-badged all 390 in scope people
    - Paid to severe 200 over the first 18 months
  - Created a very aggressive transition plan to move out of California first (Not our original recommendation)

IBM Confidential – Red Team Review        June 21, 2006        ©2006 IBM Corporation

6

CONFIDENTIAL

IBM00012704

IBM Global Technology Services

# WellPoint IT Leadership Changes and Critical Events

- **3Q2005 - Deb Freedman (Infrastructure VP) and Ron Ponder (CIO):**
  - Original WLP leadership team provided little communications (before or after signing) about the outsourcing to the rest of the IT division or the business
  - 7/2005: WellPoint requests IBM to analyze the potential to use the WellPoint Richmond datacenter as the prime site, with the IBM Lexington site as backup.
  - 8/2005: WellPoint determines that they would like the Richmond datacenter as the primary location with the IBM price change of $9.3M over the life of the contract.
  - 9/2005: Richmond contract amendment draft complete by IBM with changes to schedules and milestones. Infrastructure VP leaves WLP

- **4Q2005 — Terry Burnett (Infrastructure VP) and Ron Ponder (CIO):**
  - With new organization, very little is being approved and WLP IT is chaotic
  - 11/2005: Terry's holds meeting in Indianapolis with IBM to discuss/understand IBM contract and solution
  - 12/2005: WLP holds meeting in NYC with IBM to discuss 2006 costs that will hit WLP budget prior to budget closure for 2006
  - 12/2005: It is announced the CIO is leaving WellPoint in December.
  - 12/2005: WLP requested detail discussion on the Richmond decision as well as the Richmond LAN and Power issues.
    - It turns into a $5M+ problem that WLP wants IBM to pay to incremental difference.

IBM Confidential    Red Team Review                June 21, 2006                © 2006 IBM Corporation

7

IBM00012705

CONFIDENTIAL

**A-796**

IBM Global Technology Services

# WellPoint IT Leadership Changes and Critical Events

- **1Q2006 - Terry Burnett (Infrastructure VP) and Mark Boxer (CIO):**

  - New CIO publicly communicates his intent to "fix" the IBM relationship

  - 1/2006: WLP reaffirmed via email on 1/27/06 that they would use the Richmond data center as the primary facility for the IBM SO scope of service, and that the new CA move date was 6/15/06

  - 2/2006: IBM provided a Re-Solution proposal to WLP (2/2/06). Re-Solution included Richmond datacenter pricing, an incremental $4.683M of OTC for reconfiguring mainframes to receive GA and MO first, **but not include the Cost of Transition Delay**

  - 2/2006: It is announced the New Infrastructure VP leaving WellPoint immediately

  - 3/2006: WLP officially accepted the Re-Solution proposal. (3/21/06).

- **2Q2006 – Dave McDonald (Infrastructure VP) and Mark Boxer (CIO):**

  - Replacement of the majority WLP IT leadership

  - 4/2006: The transition plan was recast to represent a 4/1/06 start date. The new transition plan was reviewed with Darren Smith and Jim Forrest and approved on 4/24/06

  - 4/2006: Contract Amendment is drafted – IBM brings in new leadership

  - 4/2006: WLP send IBM a letter requesting the WellChoice (Empire BCBS) contract be incorporated into the WLP agreement

  - 5/2006: LOA presented to Dave McDonald on May 8th to cover 2Q06 Re-solution costs. LOA was rejected and WellPoint requested a more formal contract change

  - 5/2006: Renegotiation kick-off in Indy where WLP requests a two week turn around on a new contract with full pricing

  - 6/2006: A contract change is being developed with updated pricing and new pricing exhibits for presentation to WLP.



IBM Confidential - Red Team Review

June 21, 2006

© 2006 IBM Corporation

8

IBM00012706

CONFIDENTIAL

IBM Global Technology Services

## Accomplishments

- IBM has affected numerous operational enhancements since the inception of the agreement however client expectations continue to exceed delivery capability and contract SLA's.

  - 115 Monthly SLAs : 4/06 – 94 met/21 missed of which 10 by <1%, 6 achieved >99% but missed

- ITIL Maturity Assessment completed in January 2006 revealed high level of "immaturity" across 20 I/T services areas and processes which resulted in the development of a "90 Day Stability Plan" to address most critical deficiencies. The plan is 90% complete.

- Best Practice Assessments of WP email infrastructure resulting in architectural recommendations and tactical enhancements. Marked improvement in overall availability and throughput.

- Audit and Compliance Assessments and Support

- California data center assessments & health checks (SME from IBM consulting)
  - Health Check of IMSP and DENP (IMS and CICS region used by CCB and 4SB application areas).
  - Performed facility assessment (CA) May
  - Mainframe, BMC Control-M, EMC DASD Healthcheck (in progress)

- Capacity Upgrades
  - Added CPU capacity to CA (January, March 06)
  - Added DASD capacity (CA and MO) February 06
  - Added DASD Cache (MO) March 06
  - Adding IBM VSM (Tape Silo, California) June 10
  - Adding DASD capacity (CA) June 10

IBM Confidential    Red Team Review

9

June 21 2006    ©2006 IBM Corporation

IBM00012707

CONFIDENTIAL



IBM00012708

CONFIDENTIAL

IBM Global Services

IBM

## Finances

- Acct Team Current and Projected Situation Assessment
  - Presented to Bob Zapfel by Acct Team June 6, 2006

- 2006 GP outlook is ($42M)

- Agreed upon actions
  - Cost Cut without impacting SLA performance and customer satisfaction,
  - Transformation of the IT Infrastructure with a combination of investment and cooperative standardization across all WellPoint environments
  - Get paid for transition delay & re-sequencing,
  - Renegotiate

- Minimum to required to sustain the contract
  - Get paid for transition delays and resequencing - $15M
  - Get paid for additional volumes not in scope
  - Align today's known volumes with accurate pricing or give work back to customer

Red Team ReviewIBM Confidential    Red Team Review        June 21, 2006        © IBM Corporation 2005

IBM00012709

CONFIDENTIAL

**A-800**

IBM00012710

IBM Global Technology Services

# WellPoint Financial Strategy Adjustments and Actions

| | Projected Annual Costs | Delta to Cost Case | Scope | Volumes | Transition Delay | Re-sequence | Cost Case Misses | Solution to Minimize | Targeted Savings |
|---|---|---|---|---|---|---|---|---|---|
| **Steady State** | | | | | | | | | |
| Labor | $58.5 | $20.0 | $3.9 | $12.1 | $1.0 | $0.0 | $3.0 | Bill for Fileref or give scope back | $1.0 |
| | | | | | | | | Bill for Code Promotion or give scope back | $2.3 |
| | | | | | | | | Bill for Collaborative support (e-mail) or give back | $0.4 |
| | | | | | | | | Bill for Blackberry support or give back | $0.2 |
| | | | | | | | | Bill customer for delay | $1.0 |
| | | | | | | | | Global Resourcing (127 FTE's) | $8.6 |
| | | | | | | | | Complete Stability Iniatitives | $1.2 |
| | | | | | | | | Annual productivity impact on volume functions | $0.6 |
| | | | | | | | | Tools Implementation (ITIM for UID) | $0.5 |
| Hardware | $26.7 | $8.0 | $0.0 | $0.0 | $1.8 | $0.0 | $6.2 | Bill customer for delay | $1.8 |
| Maintenance | $7.5 | $2.5 | $0.0 | $0.0 | $0.3 | $0.0 | $2.2 | Bill customer for delay | $0.3 |
| | | | | | | | | Consolidating OEM providers | $0.1 |
| | | | | | | | | Inventory re-validation for IBM MA | $0.1 |
| Software | $30.2 | $7.2 | $0.0 | $1.1 | $0.0 | $0.0 | $6.1 | Reimbursement for SW above cap | $0.2 |
| | | | | | | | | BMC inventory validation | $0.3 |
| | | | | | | | | Product eliminations - soft audits | $0.5 |
| Services/Other | $9.6 | $0.8 | $0.0 | $0.0 | $0.1 | $0.0 | $0.7 | Bill Customer for delay | $0.1 |
| **S/T** | **$131.4** | **$38.5** | **$3.9** | **$13.2** | **$3.2** | **$0.0** | **$18.2** | | **$18.1** |
| **Transition** | | | | | | | | | |
| Annual Charge | $5.4 | $2.6 | $0.0 | $0.0 | $0.0 | $0.7 | $1.9 | Bill customer for re-sequence | $0.7 |
| Contingency | | ($3.4) | | | | | ($3.4) | | |
| Accounting Adj.-Prepaids | ($32.3) | ($32.3) | | | | | | | |
| Renegotiation | | | | | | | | | |
| **Total Annual** | **$134.5** | **$35.4** | **$3.9** | **$13.2** | **$3.2** | **$0.7** | **$16.7** | | **$16.6** |
| Sunk Costs | $2.7 | $2.7 | $0.0 | $0.0 | $2.7 | $0.0 | $0.0 | Bill customer for delay | $2.7 |
| HW, SW Elims | ($15.9) | | | | | | | | |

© 2006 IBM Corporation

CONFIDENTIAL

IBM Global Technology Services

# WellPoint I&E Scenarios

| | 1Q06 Actuals | 2006 Most Likely | FY06 Scenario A | FY06 Scenario B | FY06 Scenario C | FY 07 Scenario A | FY 07 Scenario B | FY 07 Scenario C |
|---|---|---|---|---|---|---|---|---|
| Revenue - current | $23.4 | $26.1 | $101.5 | $101.5 | $101.5 | $105.9 | $105.9 | $105.9 |
| Scope | | | $0.0 | $2.9 | $2.9 | $0.0 | $5.3 | $5.3 |
| Delay | | | | $8.3 | $8.3 | | $2.7 | $2.7 |
| Renegotiation | $0.0 | $0.0 | $0.8 | $0.8 | $4.8 | $0.8 | $0.8 | $9.6 |
| Revenue - revised | $23.4 | $26.1 | $102.3 | $113.5 | $117.5 | $106.7 | $114.7 | $123.5 |
| Cost - current | $34.9 | $41.5 | $134.5 | $134.5 | $134.5 | $133.5 | $133.5 | $133.5 |
| Sunk Costs | | | $2.7 | $2.7 | $2.7 | | | |
| 2005 Carryover | | | $6.9 | $6.9 | $6.9 | | | |
| GR Savings | | | | | | | ($8.6) | ($8.6) |
| Cost Case CTO | | | | | | | ($10.0) | ($10.0) |
| Other CTO | $0.0 | $0.0 | | ($1.2) | ($1.2) | | ($4.7) | ($4.7) |
| Cost - revised | $34.9 | $41.5 | $144.1 | $142.9 | $142.9 | $133.5 | $110.2 | $110.2 |
| GP | ($11.5) | ($15.4) | ($41.8) | ($29.4) | ($25.4) | ($26.8) | $4.5 | $13.3 |
| Eliminations | ($4.0) | ($4.0) | ($15.9) | ($15.9) | ($15.9) | ($15.9) | ($15.9) | ($15.9) |
| Consolidated GP | ($7.5) | ($11.4) | ($25.9) | ($13.5) | ($9.5) | ($10.9) | $20.4 | $29.2 |

Scenario A    Current course and speed

Scenario B    Bill customer for delays, scope gaps, execute Global Resourcing strategy

Scenario C    Bill customer for delays, scope gaps, execute Global Resourcing strategy, renegotiate additional price for 50% of remaining gap

IBM Confidential - Red Team Review    June 21 2006    © 2006 IBM Corporation

CONFIDENTIAL

IBM00012711



IBM Global Technology Services

Red Team Findings Summary

Red Team Review

June 21, 2006

© 2006 IBM Corporation

IBM00012712

CONFIDENTIAL

IBM Global Technology Services

# Red Team Findings/Observations

| Acct Phase | Root Cause | Cost Impact(M)[1] |
|---|---|---|
| Engagement | **Due Diligence Not Performed**<br>  – Inaccurate baselines due to faulty understanding of customer base environment<br>  – Missed scope in solution due to lack of understanding of customer's operations<br>  – Invalid solution assumptions due to lack of validation/verification<br>**Lack of Contract Provisions to Protect Against Increased Scope**<br>  – Increased costs due to scope creep<br>  – Increased volumes without true-up<br>**Sweep Clause**<br>**Inconsistencies Between Cost Case and Contract Terms**<br>  – Increased hardware lease costs<br>**Storage Solution Errors**<br>  – Issue with bidding Blended vs Tiered Storage rates and wrong volumes | $22.5<br><br><br><br>$9.0 |
| Execution | **Customer Prevented IBM Solution Implementation**<br>  – Delays in Transition start-up<br>  – Re-sequencing of data center solution | $8.3<br>$4.7 |

Note 1 – 2006 Impacts

IBM Confidential – Red Team Review

June 21, 2006



© 2006 IBM Corporation

IBM00012713

CONFIDENTIAL

IBM00012714

IBM Global Technology Services

# Major volume related Issues due to no due Diligence

– Middleware Support

– DBA Support

– User ID Administration

– Change Management

– Lotus Notes and Exchange

- **Summary --- Additional 127 FTPs**
  - **$20.7 million annually***
    - > *Estimated, using average rate card from original contract



IBM Confidential - Red Team Review

June 21, 2006

© 2006 IBM Corporation

16

CONFIDENTIAL

IBM Global Technology Services

## Summary of the major financial impacts to the WellPoint Contract (In $millions)

| Issue | 2006 Impact ($millions) | Total for contract life |
|---|---|---|
| Middleware Support | 4.9 | 27.7 |
| DBA Support | 3.9 | 22.1 |
| User ID Admin | 6.7 | 46.9 |
| Change Management | 4.2 | 23.9 |
| Lotus Notes and Exchange | 1.0 | 5.6 |
| Level 1 UID | .2 | .8 |
| FileNet | 1.6 | 9.0 |
| Transition Delay | 8.3 | 11.0 |
| Re-Solution | 4.7 | 4.7 |
| Blended vs. Tiers Storage | 9.0 | 58.5 |
| Totals* | 44.5 | 210.2 |

*Year by year totals and detail of each issue is provided in back up materials

IBM Confidential - Red Team Review

June 21 2006

© 2006 IBM Corporation

IBM00012715

CONFIDENTIAL

IBM00012716

## IBM Global Technology Services

# Summary of the major financial impacts to the WellPoint Contract (In $millions) Cont'd

### User ID Admin (41 FTE)

**Financials**

| 2006 Impact | 2007 Impact | 2008 Impact | 2009 Impact | 2010 Impact | 2011 Impact | 2012 Impact | Total Impact |
|---|---|---|---|---|---|---|---|
| $6.7M | $6.7M | $6.7M | $6.7M | $6.7M | $6.7M | $6.7M | $46.9M |

### Change Management (26 FTE)

**Financials**

| 2006 Impact | 2007 Impact | 2008 Impact | 2009 Impact | 2010 Impact | 2011 Impact | 2012 Impact | Total Impact |
|---|---|---|---|---|---|---|---|
| $4.2M | $4.0M | $3.8M | $3.6M | $3.4M | $3.3M | $1.6M | $23.9M |

IBM Confidential - Red Team Review          June 21 2006          © 2006 IBM Corporation

CONFIDENTIAL

IBM00012717

IBM Global Technology Services

# Summary of the major financial impacts to the WellPoint Contract (In $millions) Cont'd

**Financials**

|  | 2006 Impact | 2007 Impact | 2008 Impact | 2009 Impact | 2010 Impact | 2011 Impact | 2012 Impact | Total Impact |
|---|---|---|---|---|---|---|---|---|
| Lotus Notes and Exchange (6 FTE) | $1.0M | $ .9M | $ .9M | $ .8M | $ .8M | $ .8M | $ .4M | $5.6M |

**Financials**

|  | 2006 Impact | 2007 Impact | 2008 Impact | 2009 Impact | 2010 Impact | 2011 Impact | 2012 Impact | Total Impact |
|---|---|---|---|---|---|---|---|---|
| Level 1 UID | $0.2M | $0.1M | $0.1M | $0.1M | $0.1M | $0.1M | $0.1M | $.8M |

IBM Confidential – Red Team Review          June 21 2006

19

© 2006 IBM Corporation

CONFIDENTIAL

IBM00012718

IBM Global Technology Services

# Summary of the major financial impacts to the WellPoint Contract (In $millions) Cont'd

Filenet

### Financials

| 2006 Impact | 2007 Impact | 2008 Impact | 2009 Impact | 2010 Impact | 2011 Impact | 2012 Impact | Total Impact |
|---|---|---|---|---|---|---|---|
| $1.6M | $1.5M | $1.4M | $1.4M | $1.3M | $1.2M | $.6M | $9.0M |

Transition Delay

### Financials

| 2006 Impact | 2007 Impact | 2008 Impact | 2009 Impact | 2010 Impact | 2011 Impact | 2012 Impact | Total Impact |
|---|---|---|---|---|---|---|---|
| $8.3M | $2.7M | $0.0M | $0.0M | $0.0M | $0.0M | $0.0M | $11.0M |

IBM Confidential    Red Team Review

June 21, 2006

© 2006 IBM Corporation

20

CONFIDENTIAL